IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WARREN AIKEN, JR.,
Inmate # 638376,
     Plaintiff,

vs.                             Case No.: 3:15cv526/LAC/EMT

HOWELL W. MELTON,
     Defendant.
_____/

## O R D E R

     This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated December 9, 2015 (ECF No. 4).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

     Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

     2.    Pursuant to 28 U.S.C. § 1915(g), this cause is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's initiating a new cause of action accompanied by payment of the $400.00 filing fee in its entirety.

3.      All pending motions are denied as moot.

**DONE AND ORDERED** this 8th day of January 2015.

s/*L.A. Collier*

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:15cv526/LAC/EMT